IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARCUS CORNELIUS PHILLIPS,<br>AIS #260424,<br><br>Plaintiff,<br><br>v.<br><br>LT. JOHNSON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:20-CV-579-RAH<br>)<br>)<br>)<br>) |

### **ORDER**

On April 7, 2021, the Magistrate Judge entered a Recommendation (Doc. 43) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a correct address as ordered by this court.

A separate Final Judgment will be entered.

DONE, on this the 12th day of May, 2021.

                                       /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE